**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

DANIEL J. REGAN                                CIVIL ACTION NO. 06-1257

VERSUS                                          JUDGE S. MAURICE HICKS, JR.

STARCRAFT MARINE, L.L.C., ET AL.          MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 3) filed by the United States be **GRANTED** and that the Third-Party Demand filed by Starcraft Marine, L.L.C. against the United States is **DISMISSED** for lack of subject matter jurisdiction under the Feres doctrine.

**IT IS FURTHER ORDERED** that this matter be remanded to the Eleventh Judicial District Court, Sabine Parish, Louisiana.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, the 26th day of March, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE